UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 11, 2005

No. 05-243
CR-02-150-V



In Re: RASHFORD EMANUEL GALLOWAY

    Movant

---

O R D E R
---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge King with the concurrence of Judge Luttig and Judge Duncan.

For the Court,

/s/ Patricia S. Connor
_____
CLERK